In the Matter of the Application of HENRY C. JACKSON, as Administrator, etc., of ELIZABETH V. JACKSON, Deceased, for an Inquiry Respecting the Personal Property of Said Decedent.— Motion to resettle order affirming decree and order

*See App. Div. Rules, 2d Dept., rule 12.— [REP.

of Surrogate's Court, Kings county, denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.